IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN SORGENFREI AND DEANA
SORGENFREI,

    Appellants,

    v.

Case No. 5D22-646
LT Case No. 05-2017-CA-024247-X

SAFEPOINT INSURANCE COMPANY,

    Appellee.

_____/

Decision filed January 17, 2023

Appeal from the Circuit Court
for Brevard County,
Curt Jacobus, Judge.

Matthew Struble, of Struble, P.A.,
Indialantic, for Appellants.

Patrick M. Chidnese and Frieda C.
Lindroth, of Bickford & Chidnese,
LLP, Tampa, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and JAY, JJ., concur.